petitioner. *Solicitor General Soboloff, Assistant Attorney General Holland, Ellis N. Slack* and *L. W. Post* for the United States.

No. 288. GILMORE, FORMERLY KNAUER, *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *B. E. Hendricks* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Holland, Ellis N. Slack* and *A. F. Prescott* for the United States.

No. 289. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL UNION No. 1291 ET AL. *v.* PHILADELPHIA MARINE TRADE ASSOCIATION ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Abraham E. Freedman* and *Charles Lakatos* for petitioners. *Robert G. Kelly* and *Francis A. Scanlan* for the Philadelphia Marine Trade Association, *Owen B. Rhoads* and *Robert M. Landis* for the National Sugar Refining Co., and *Thomas F. Mount* for Dugan & McNamara, Inc., respondents.

No. 290. HERMAN *v.* NORTHWEST AIRLINES, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Edward J. Behrens* for respondents.

No. 291. KERMATH MANUFACTURING Co. *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 6th Cir. Certiorari denied. *Harry A. Carson* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Townsend, James D. Hill* and *George B. Searls* for respondent.